Form for Chapter 7 Joint Case

## EXHIBIT A TO FORM 2016

Total Funds Paid to CLG:            $1,350.00

The above includes the following       $299.00     BK Court Filing Fee
                                       $50.00      Credit Report
                                       $80.00      Credit Counseling & Debtor
                                                   Education Fee
                                       $21.00      Homestead Deed Filing (Court Cost)
                                       $900.00     Attorneys' Fees

S:\BARF\ATTYFEE.EXHIBIT.7.JOINT.doc

Last updated: April 13, 2010